**DRESDNER BANK AG, Dresdner Bank AG in Hamburg, et al., Plaintiffs–Appellees,**

**Blohm and Voss Gmbh, et al., Intervenors–Plaintiffs,**

**Monaco Telecom International, Intervenor–Plaintiff–Appellant,**

v.

**M/V OLYMPIA VOYAGER, a 157.90 meter Blohm Voss Gmbh motor vessel, Hull No. 961, Greek official number 10750, her engines, tackle equipment, rigging, dinghies, furniture, appurtenances, etc., in rem, and Olympic World Cruises, Inc. Her owner, in personam, Defendant.**

No. 05–10895.

D.C. Docket No. 03–62225–CV–JIC.

United States Court of Appeals, Eleventh Circuit.

Jan. 12, 2006.

Rachel Mendes Coe, Robert D. McIntosh, Alain E. Boileau, Adorno & Yoss, P.A., Fort Lauderdale, FL, for Intervenor–Plaintiff–Appellant.

Michael T. Moore, Moore & Company, P.A., Coral Gables, FL, for Plaintiffs–Appellees.

Before DUBINA, MARCUS and COX, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's grant of summary judgment against Monaco Telecom International, which provided electronic and telephone equipment to the M/V Olympia Voyager.

After reading the record, having the benefit of oral argument and reading the parties' briefs, we affirm the district court's grant of summary judgment in favor of the foreign banks.

AFFIRMED.